IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ALYSSA DOWLING,                                    *

    Plaintiff,                 *

v.                                                  Case No. 5:26-cv-00196-MTT

              *

ERIC KOMITEE,

              *

    Defendant.

              *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 27, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 28th day of May, 2026.

        David W. Bunt, Clerk


        s/ Erin Pettigrew, Deputy Clerk